WHEEL_____

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

**JUDGE RAMOS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF INTENT TO FILE AN INFORMATION |
| - v. - | : | |
| ELIZABETH ANN PIERCE, | : | 18 Cr. _____ |
| Defendant. | : | **18 CRIM 388** |

- - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney=s Office will file an information upon the defendant=s waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May **29**, 2018

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                              By:   _____
                                    Sarah Lai
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                              By:   _____
                                    Joshua Lowther, Esq.
                                    Attorney for Elizabeth Ann Pierce

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 30 2018