```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

UNITED STATES OF AMERICA          :

v.                                :     **18 CRIM 388**

ELIZABETH ANN PIERCE,              :     18 Cr. _____ (ER)

      Defendant.             :     **JUDGE RAMOS**

------------------------------- X

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*[signature: Elizabeth Pierce]*
Defendant

*[signature]*
Witness

*[signature]*
Counsel for Defendant

Date: New York, New York
      June 1, 2018