**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __6/11/2018__

June 8, 2018

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Elizabeth Ann Pierce*
       18 Cr. 388 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter to request an initial conference before this Court in the above-referenced matter. On June 1, 2018, Defendant Elizabeth Ann Pierce waived indictment and entered a plea of not guilty to the charge of wire fraud in Information 18 Cr. 388 (ER). Defense counsel Joshua Lowther, Esq. has informed me that he and Ms. Pierce are available for an initial conference any day during the weeks of June 18, 2018, and June 25, 2018. Mr. Lowther is not available next week because he has to appear in the Eastern District of Texas.

    Copies of the Information and the Complaint are attached for the Court's review.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   __/Sarah Lai/__
Sarah Lai
Assistant United States Attorney
(212) 637-1944

An initial conference will be held on Tuesday, June 26, 2018 at 12:30 pm.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __6/11/2018__
New York, New York

Enclosures

cc:   Mr. Joshua Lowther, Esq.
       (By ECF and email, without attachments)