

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2018

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Elizabeth Ann Pierce*
               S1 18 Cr. 388 (ER)

Dear Judge Ramos:

      The Government respectfully submits a superseding Indictment in the above-referenced matter for the Court's consideration. The superseding Indictment was filed on August 20, 2018. With the defense's consent, the Government proposes that the defendant be arraigned at the next status conference, scheduled for September 5, 2018, at 11:00 a.m.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

                 by: _____
                     Sarah Lai
                     Assistant United States Attorney
                     (212) 637-1944

Enclosure

cc:  Mr. Joshua Lowther, Esq.
    (By ECF and email)